IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 2:12-cv-00756 |
| ) | |
| vs. ) | |
| ) | |
| GARY L. FULLER and ) | |
| GLENDA L. FULLER, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

AND NOW, to wit, this __4TH__ day of __SEPTEMBER__, 2012, after presentation and consideration of the foregoing Motion for Default and Default Judgment in Mortgage Foreclosure and for Deficiency Judgment, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendants for failing to answer, and *in rem* judgment in mortgage foreclosure, an *in personam* judgment, and a deficiency judgment are hereby entered against Defendants in favor of Plaintiff, as follows:

| | |
|---|---|
| Principal | $ 32,451.96 |
| Interest to 03/08/12 | $ 1,665.49 |
| Interest Credit Subject to Recapture | $ 19,198.17 |
| Total Penalty Charges | $ 4,691.78 |
| Total | $ 58,007.40 |

together with interest from March 8, 2012, at the contractual rate of 7.375% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

It is further ORDERED that a deficiency judgment is entered against Defendants for the balance due and owing on the default judgment after deduction of monies received as the result of the sale of the subject property.

                                                                       _____
                                                                       United States District Judge